| | |
|---|---|
| 1 | LYNN H. PASAHOW (CSB NO. 54283) |
| | lpasahow@fenwick.com |
| 2 | VIRGINIA K. DEMARCHI (CSB NO. 168633) |
| | vdemarchi@fenwick.com |
| 3 | HECTOR J. RIBERA  (CSB NO. 221511) |
| | hribera@fenwick.com |
| 4 | HENRY Z. CARBAJAL III (CSB NO. 237951) |
| | hcarbajal@fenwick.com |
| 5 | FENWICK & WEST LLP |
| | Silicon Valley Center |
| 6 | 801 California Street |
| | Mountain View, CA  94041 |
| 7 | Telephone:     (650) 988-8500 |
| | Facsimile:     (650) 938-5200 |
| 8 | |
| | Attorneys for Movant |
| 9 | HEWLETT-PACKARD COMPANY, |
| | ASTRAZENECA PHARMACEUTICALS, LP, |
| 10 | THE DOW CHEMICAL COMPANY, |
| | ADVANCED MICRO DEVICES, INC., |
| 11 | DREAMWORKS ANIMATION SKG, INC., and |
| | AIG FINANCIAL PRODUCTS CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. C 09-01550 JSW (JCS) |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO RELATE CASES** |
| TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., | |
| Defendants. | |

WHEREAS, for the reasons explained in the Administrative Motion to Consider Whether Cases Should Be Related filed by Hewlett-Packard Company, AstraZeneca Pharmaceuticals, LP, The Dow Chemical Company, Advanced Micro Devices, Inc., DreamWorks Animation SKG, Inc. and AIG Financial Products Corp, the undersigned parties believe that the following cases meet the requirements for relation under Civil Local Rule 3-12(a):

- *Teleconference Systems, LLC v. Hewlett-Packard Co., et al.*, No. 5:09-cv-05896-HRL

- *Cisco Systems, Inc. v. Teleconference Systems, LLC and Margalla Communications, Inc.*, No. 3:09-cv-01550-JSW

NOW THEREFORE, IT IS STIPULATED BY THE UNDERSIGNED PARTIES that, subject to the Court's approval, the action *Teleconference Systems, LLC v. Hewlett-Packard Co., et al.*, No. 5:09-cv-05896-HRL, is hereby be related to the action *Cisco Systems, Inc. v. Teleconference Systems, LLC and Margalla Communications, Inc., No. 3:09-cv-01550-JSW*, and is assigned to Judge Jeffrey S. White.

SO STIPULATED.

Dated: February 8, 2010                     FENWICK & WEST LLP

                                            By:   */s/Virginia K. DeMarchi*
                                                  Virginia K. DeMarchi

                                            Attorneys for Movants
                                            HEWLETT-PACKARD COMPANY,
                                            ASTRAZENECA PHARMACEUTICALS,
                                            LP, THE DOW CHEMICAL COMPANY,
                                            ADVANCED MICRO DEVICES, INC.,
                                            DREAMWORKS ANIMATION SKG, INC.,
                                            and AIG FINANACIAL PRODUCTS CORP.

Dated: February 8, 2010                     THE SIMON LAW FIRM, P.C.

                                            By:   */s/Anthony G. Simon*
                                                  Anthony G. Simon
                                                  asimon@simonlawpc.com

                                            Attorneys for Defendants
                                            TELECONFERENCE SYSTEMS, LLC and
                                            MARGALLA COMMUNICATIONS, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2010.

By: /s/ Virginia K. DeMarchi
Virginia K. DeMarchi

**ORDER**

Pursuant to the foregoing stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _____February 9_____, 2010

Jeffrey S. White
United States District Judge