1  LYNN H. PASAHOW (CSB NO. 054283)
   lpasahow@fenwick.com
2  VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
3  HECTOR RIBERA (CSB NO. 221511)
   hribera@fenwick.com
4  HENRY Z. CARBAJAL III (CSB NO. 237951)
   hcarbajal@fenwick.com
5  FENWICK & WEST LLP
   Silicon Valley Center
6  801 California Street
   Mountain View, CA 94041
7  Telephone:  (650) 988-8500
   Facsimile:  (650) 938-5200

Attorneys for Defendants and Counterclaimants
HEWLETT-PACKARD COMPANY,
ASTRAZENECA PHARMACEUTICALS, LP,
THE DOW CHEMICAL COMPANY,
ADVANCED MICRO DEVICES, INC.,
DREAMWORKS ANIMATION SKG, INC., and
AIG FINANCIAL PRODUCTS CORP.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, ASTRAZENECA PHARMACEUTICALS, LP, THE DOW CHEMICAL COMPANY, ADVANCED MICRO DEVICES, INC., DREAMWORKS ANIMATION SKG, INC., and AIG FINANCIAL PRODUCTS CORPORATION,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:09 CV 05896 (JSW)<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Teleconference Systems, LLC and

Defendants Hewlett-Packard Company, AstraZeneca Pharmaceuticals, LP, The Dow Chemical

STIPULATION FOR DISMISSAL
CASE NO. 5:09 CV 05896 (JSW)

Company, Advanced Micro Devices, Inc., DreamWorks Animation SKG, Inc. and AIG Financial Products Corp. (collectively, "Defendants") hereby stipulate to the dismissal, without prejudice, of all claims asserted in this action by Plaintiff against Defendants, and to the dismissal, without prejudice, of all counterclaims asserted in this action by Defendants against Plaintiff. All parties to this stipulation will bear their own costs and attorneys' fees incurred in connection with the claims and counterclaims dismissed without prejudice pursuant to this stipulation.

The parties further stipulate that, in the event Plaintiff files an action against one or more of the Defendants that includes a claim for infringement of U.S. Patent No. 6,980,526, such action shall be filed in the United States District Court for the Northern District of California.

SO AGREED AND STIPULATED:

Dated: March 9, 2010          THE SIMON LAW FIRM, P.C.


                              By: */s/ Anthony G. Simon*
                                   Anthony G. Simon

                              Attorneys for Plaintiff and Counterdefendant
                              TELECONFERENCE SYSTEMS, LLC

Dated: March 9, 2010          FENWICK & WEST LLP


                              By: */s/ Virginia K. DeMarchi*
                                   Virginia K. DeMarchi

                              Attorneys for Defendants and Counterclaimants
                              HEWLETT-PACKARD COMPANY,
                              ASTRAZENECA PHARMACEUTICALS, LP,
                              THE DOW CHEMICAL COMPANY,
                              ADVANCED MICRO DEVICES, INC.,
                              DREAMWORKS ANIMATION SKG, INC., and
                              AIG FINANCIAL PRODUCTS CORP.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 9, 2010.

By: */s/ Virginia K. DeMarchi*
Virginia K. DeMarchi